**GO INVEST WISELY**

v.

**MURPHY**

20160814

Supreme Court of Utah.

02-15-2017

20140822

382 P.3d 631

Petition for Writ of Certiorari Denied.

**BLACKMORE**

v.

**L D DEVELOPMENT**

20160840

Supreme Court of Utah.

02-17-2017

20131177

382 P.3d 655

Petition for Writ of Certiorari Denied.

**Z-CORP**

v.

**ANCESTRY.COM**

20160825

Supreme Court of Utah.

01-25-2017

20150405

382 P.3d 652

Petition for Writ of Certiorari Denied.

**DEFOE**

v.

**BOARD OF PARDON**

20160948

Supreme Court of Utah.

01-30-2017

20160471

Petition for Writ of Certiorari Denied.